**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| KENT GINGRICH, *et al.*, | Case No. 2:25-CV-02050-RSM |
| Plaintiffs, | ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED CASE DEADLINES |
| v. | |
| NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' Joint Stipulation and Motion to Continue Trial Date and Related Case Deadlines. Having reviewed the parties' stipulated motion and the record in this matter and finding good cause under Federal Rule of Civil Procedure 16(b)(4), the Court hereby GRANTS the motion.

Accordingly, IT IS HEREBY ORDERED that the current trial date and related case deadlines are continued as follows:

| Event | New Deadline |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | February 22, 2027 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | March 24, 2027 |

ORDER GRANTING JOINT STIPULATED MOTION
TO CONTINUE TRIAL DATE AND RELATED CASE
DEADLINES - 1

| Discovery completed by | April 26, 2027 |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than 28 days thereafter (see LCR 7(d)) | May 24, 2027 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | July 7, 2027 |
| All motions in limine must be filed by and noted on the motion calendar no later than 21 days thereafter | July 26, 2027 |
| Agreed pretrial order due | August 9, 2027 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | August 16, 2027 |
| Jury Trial Date | August 23, 2027 |

All other provision of the Court's prior scheduling order remain in effect.

IT IS SO ORDERED.

DATED this 21st day of May, 2026.

Hon. Ricardo S. Martinez
United States District Court Judge

ORDER GRANTING JOINT STIPULATED MOTION
TO CONTINUE TRIAL DATE AND RELATED CASE
DEADLINES - 2